**Wolters Kluwer**

**CT Corporation**
**Service of Process Notification**
07/10/2023
CT Log Number 544250518

## Service of Process Transmittal Summary

**TO:**   Melissa Gravlin, Senior Paralegal
Fca Us LLC
1000 CHRYSLER DR OFC OF
AUBURN HILLS, MI 48326-2766

**RE:**   **Process Served in California**

**FOR:**   FCA US LLC  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: Brandon Lane, an individual // To: FCA US LLC |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Certificate, Notice, Attachment(s), Letter |
| **COURT/AGENCY:** | San Bernardino County Superior Court, CA<br>Case # CIVSB2314388 |
| **NATURE OF ACTION:** | Product Liability Litigation - Lemon Law - 2021 Jeep Wrangler Unlimited - VIN# 1C4JJXR65MW708071 |
| **PROCESS SERVED ON:** | C T Corporation System, GLENDALE, CA |
| **DATE/METHOD OF SERVICE:** | By Process Server on 07/10/2023 at 10:45 |
| **JURISDICTION SERVED:** | California |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S)/SENDER(S):** | David N. Barry<br>The Barry Law Firm<br>11845 W. Olympic Blvd.<br>Suite 1270<br>Los Angeles, CA 90064<br>310-684-5859 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 07/11/2023, Expected Purge Date: 07/16/2023<br><br>Image SOP<br><br>Email Notification, Lance Arnott  sopverification@wolterskluwer.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>330 N BRAND BLVD<br>STE 700<br>GLENDALE, CA 91203<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other



**CT Corporation**
**Service of Process Notification**
07/10/2023
CT Log Number 544250518

information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

 Wolters Kluwer

# PROCESS SERVER DELIVERY DETAILS

**Date:**                          Mon, Jul 10, 2023
**Server Name:**                   DROP SERVICE

| Entity Served | FCA US LLC |
|---|---|
| Case Number | CIVSB2314388 |
| Jurisdiction | CA |

| Inserts |
|---|
| | |



**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

FCA US, LLC, A Delaware Limited Liability Company; and DOES 1 through 20, inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

BRANDON LANE, an individual,

| FOR COURT USE ONLY |
| --- |
| *(SOLO PARA USO DE LA CORTE)* |

**F I L E D**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO

JUN 2 9 2023

BY: _____
Alyssa Leber, Deputy

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* San Bernardino Justice Center

247 West 3rd Street
San Bernardino, CA 92415

**CASE NUMBER:**
*(Número del Caso):* CIVSB 2314368

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
David N. Barry, Esq. 11845 W. Olympic Blvd., Suite 1270, Los Angeles, CA 90064 (310) 684-5859

DATE: JUN 2 9 2023
*(Fecha)*

Clerk, by ALYSSA LEBER , Deputy
*(Secretario)* *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

1. ☑ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☑ on behalf of *(specify):* FCA US, LLC.

   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☑ by personal delivery on *(date):* 09/10/23

[SEAL] COPY

| Form Adopted for Mandatory Use | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465 |
| --- | --- | --- |
| Judicial Council of California | | www.courtinfo.ca.gov |
| SUM-100 [Rev. July 1, 2009] | | |

1  DAVID N. BARRY, ESQ. (SBN 219230)
   THE BARRY LAW FIRM
2  11845 W. Olympic Blvd., Suite 1270
   Los Angeles, CA 90064
3  Telephone: 310.684.5859
   Facsimile: 310.862.4539
4
   Attorneys for Plaintiff, BRANDON LANE
5

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO

JUN 28 2023

BY: _____ Alyssa Leber, Deputy

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

# FOR THE COUNTY OF SAN BERNARDINO – SAN BERNARDINO JUSTICE CENTER

| | |
|---|---|
| BRANDON LANE, an individual, | Case No.  CIV SB 2 3 1 4 3 8 8 |
| Plaintiff, | **COMPLAINT FOR DAMAGES** |
| v. | |
| FCA US, LLC, A Delaware Limited Liability Company; and DOES 1 through 20, inclusive, | |
| Defendants. | *Assigned for all purposes to the Hon. in Dept.* |

1.  Breach of Implied Warranty of Merchantability under The Song-Beverly Act.

2.  Breach of Express Warranty under The Song-Beverly Act.

JURY TRIAL DEMANDED.

-1-
**COMPLAINT FOR DAMAGES**

1    PLAINTIFF BRANDON LANE, an individual, hereby alleges and complains as follows:

2    **GENERAL ALLEGATIONS COMMON TO ALL CAUSES OF ACTION**

3    1.    Defendant, FCA US, LLC, is a Delaware Limited Liability Company doing business

4    in the County of San Bernardino, State of California, and, at all times relevant herein, was/is engaged

5    in the manufacture, sale, distribution, and/or importing of Jeep motor vehicles and related

6    equipment.

7    2.    The true names and capacities, whether individual, corporate, associate, or otherwise,

8    of the Defendants, Does 1 through 20, inclusive, are unknown to Plaintiff who therefore sues these

9    Defendants by such fictitious names. Plaintiff will seek leave to amend this Complaint to set forth

10   their true names and capacities when Plaintiff has ascertained them.  Further, Plaintiff is informed

11   and believes, and thereon alleges, that each of the Defendants designated herein as a "Doe" is

12   responsible in some manner for the events and happenings herein referred to and caused injury and

13   damage to Plaintiff as herein alleged.

14   3.    FCA US, LLC and Defendants, Does 1 through 20, inclusive, are collectively

15   hereinafter referred to as "Defendants."

16   4.    Plaintiff is informed and believes, and thereon alleges, that at all times herein

17   mentioned, Defendants, and each of them, were the agents, servants, and/or employees of each of

18   their Co-Defendants. Plaintiff is informed and believes, and thereon alleges, that in doing the things

19   hereinafter alleged Defendants, and each of them, were acting in the course and scope of their

20   employment as such agents, servants, and/or employees, and with the permission, consent,

21   knowledge, and/or ratification of their Co-Defendants, principals, and/or employers.

22   5.    On June 7, 2021, Plaintiff leased a 2021 Jeep Wrangler Unlimited, VIN

23   1C4JJXR65MW708071 (hereinafter referred to as the "Vehicle"), for personal, family, and/or

24   household purposes. The Lease Agreement ("Agreement") is in the possession of Defendants.

25   6.    The Vehicle was/is a "new motor vehicle" under The Song-Beverly Warranty Act

26   (hereinafter the "Song-Beverly Act").

27   7.    Plaintiff received written warranties and other express and implied warranties including,

28   but not limited to, warranties from Defendants that the Vehicle and its components would be free

-2-
**COMPLAINT FOR DAMAGES**

1    from all defects in material and workmanship; that the Vehicle would pass without objection in the

2    trade under the Agreement description; that the Vehicle would be fit for the ordinary purposes for

3    which it was intended; that the Vehicle would conform to the promises and affirmations of fact made,

4    that it would provide safe and reliable transportation; that Defendants would perform any repairs,

5    alignments, adjustments, and/or replacements of any parts necessary to ensure that the Vehicle was

6    free from any defects in material and workmanship.

7        8.     Defendants provide all Jeep customers, including Plaintiff, with a New Vehicle

8    Limited Warranty with the purchase or lease of a Jeep vehicle. The New Vehicle Limited Warranty

9    for the Vehicle, which includes a Basic Limited warranty as well as a Powertrain warranty, includes

10   in relevant part:[1]

> **"New Vehicle Limited Warranty:**
> **Basic Limited Warranty Coverage:**
> The Basic Limited Warranty lasts for three years from the date it begins or for 36,000 miles on the odometer, whichever occurs first.
> **What Is Covered in the Basic Limited Warranty:**
> The Basic Limited Warranty covers the cost of all parts and labor needed to repair any item on your vehicle when it left the manufacturing plant that is defective in material, workmanship or factory preparation. There is no list of covered parts since the only exceptions are tires and headphones. These warranty repairs or adjustments, including all parts and labor connected with them, will be made by an authorized dealer at no charge, using new or remanufactured parts. You pay nothing for these repairs.
> **Powertrain:**
> The Powertrain Limited Warranty lasts for up to five years or 60,000 miles on the odometer, whichever occurs first
> **What Is Covered in the Powertrain Limited Warranty:**
> The Powertrain Limited Warranty covers these parts and components of your vehicle's powertrain supplied by FCA US: **(a) Gasoline Engine:** Cylinder block and all internal parts; cylinder head assemblies; timing case, timing chain, timing belt, gears and sprockets; vibration damper; oil pump; water pump and housing; intake and exhaust manifolds; flywheel with starter ring gear; core plugs; valve covers; oil pan; turbocharger housing and internal parts; turbocharger waste gate actuator; supercharger; serpentine belt tensioner; seals and gaskets for listed components only; **(b) Transmission:** Transmission case and all internal parts; torque converter;

---

[1] https://msmownerassets.z13.web.core.windows.net/assets/publications/en-us/Jeep/2021/Wrangler_4xe/P119057_21_JL_H_GW_EN_US_DIGITAL.pdf (last accessed on May 17, 2023)

drive/flex plate; transmission range switch; speed sensors; pressure sensors; transmission control module; bell housing; oil pan; seals and gaskets for listed components only; **(c) Front Wheel Drive:** Transaxle case and all internal parts; axle shaft assemblies; constant velocity joints and boots; differential cover; oil pan; transaxle speed sensors; transaxle solenoid assembly; PRNDL position switch; transaxle electronic controller; torque converter; seals and gaskets for listed components only; **(d) All Wheel Drive (AWD):** Power transfer unit and all internal parts; viscous coupler; axle housing and all internal parts; constant velocity joints and boots; driveshaft and axle shaft assemblies; differential carrier assembly and all internal parts; output ball bearing; output flange; end cover; overrunning clutch; vacuum motor; torque tube; pinion spacer and shim, seals and gaskets for listed components only.

**Towing Costs Are Covered:**

Roadside Assistance covers the cost of towing your vehicle to the nearest authorized Chrysler, Dodge, Jeep®, or Ram dealer if your vehicle becomes disabled as a result of a mechanical breakdown. If you choose to go to another dealership, you will be responsible for the cost if the extra distance exceeds 10 miles. Refer to "section 6.2" for information on how to get towing service in the United States and Canada."

9.      Plaintiff has duly performed all the conditions on Plaintiff's part under the Agreement and under the express and implied warranties given to Plaintiff, except insofar as the acts and/or omissions of the Defendants, and each of them, as alleged herein, prevented and/or excused such performance.

10.     Plaintiff has delivered the Vehicle to the Defendants' authorized service and repair facilities, agents and/or dealers, on at least two (2) separate occasions resulting in the Vehicle being out of service by reason of repair of nonconformities. Repair orders and/or invoices related to said repair presentations are in the possession of Defendants.

11.     By way of example, and not by way of limitation, Plaintiff has presented the Vehicle to Defendants for repairs of defects, malfunctions, misadjustments, and/or nonconformities related to: (a) recalls; #Y46, #ZB7, and #ZD8; (b) the suspension system shaking/wobbling on two (2) separate occasions; (c) the transmission revving high when shifting; and (d) battery charging issues.

12.     Each time Plaintiff delivered the nonconforming Vehicle to Defendants' authorized service and repair facility, Plaintiff notified Defendants, and each of them, of the defects,

1  malfunctions, misadjustments, and/or nonconformities existent with the Vehicle and demanded that

2  Defendants or its representatives repair, adjust, and/or replace any necessary parts to conform the

3  Vehicle to the applicable warranties.

4      13.    Each time Plaintiff delivered the nonconforming Vehicle to Defendants' authorized

5  service and repair facility, Defendants, and each of them, represented to Plaintiff that they could and

6  would conform the Vehicle to the applicable warranties, that in fact they did conform the Vehicle to

7  said warranties, and that all the defects, malfunctions, misadjustments, and/or nonconformities have

8  been repaired; however, Defendants or their representatives failed to conform the Vehicle to the

9  applicable warranties because said defects, malfunctions, misadjustments, and/or nonconformities

10  continue to exist even after a reasonable number of attempts to repair was given.

11      14.    The amount in controversy exceeds TWENTY-FIVE THOUSAND DOLLARS

12  ($25,000.00), exclusive of interest and costs, for which Plaintiff seeks judgment against Defendants,

13  together with equitable relief.  In addition, Plaintiff seeks damages from Defendants, and each of

14  them, for incidental, consequential, exemplary, and actual damages including interest, costs, and

15  actual attorneys' fees.

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

**COMPLAINT FOR DAMAGES**

1

## FIRST CAUSE OF ACTION

2

### Breach of Implied Warranty of Merchantability under The Song-Beverly Act

3

#### Against all Defendants

4      15.    Plaintiff realleges each and every paragraph (1-14) and incorporates them by this

5  reference as though fully set forth herein.

6      16.    The distribution and sale of the Vehicle was accompanied by the Defendants' implied

7  warranty that the Vehicle was merchantable.

8      17.    Furthermore, Defendants, and each of them, impliedly warranted, inter alia, that the

9  Vehicle would pass without objection in the trade under the Agreement description; that the Vehicle

10  was fit for the ordinary purposes for which it was intended; that the Vehicle was adequately

11  assembled; and/or that the Vehicle conformed to the promises or affirmations of fact made to

12  Plaintiff.

13      18.    As evidenced by the defects, malfunctions, misadjustments, and/or nonconformities

14  alleged herein, the Vehicle was not merchantable because it did not have the quality that a buyer

15  would reasonably expect; because it could not pass without objection in the trade under the

16  Agreement description; because it was not fit for the ordinary purposes for which it was intended;

17  because it was not adequately assembled; and/or because it did not or could not be conformed to the

18  promises or affirmations of fact made to Plaintiff.

19      19.    Upon discovery of the Vehicle's nonconformities, Plaintiff took reasonable steps to

20  notify Defendants, and each of them, within a reasonable time that the Vehicle did not have the

21  quality that a buyer would reasonably expect and, further, justifiably revoked acceptance of the

22  nonconforming Vehicle.

23      20.    Plaintiff hereby gives written notice and justifiably revokes acceptance of the

24  nonconforming Vehicle under the Commercial Code sections 2607 and 2608. Plaintiff further

25  demands that Defendants cancel the sale, take back the nonconforming Vehicle, refund all the money

26  expended, pay the difference between the value of the Vehicle as accepted and the value the Vehicle

27  would have had if it had been as warranted, and/or pay damages under the Commercial Code sections

28  2711, 2714, and 2715. Defendants, and each of them, have, however, refused to comply.

-6-

**COMPLAINT FOR DAMAGES**

21.     Plaintiff hereby gives written notice and makes demand upon Defendants for replacement or restitution, pursuant to the Song-Beverly Act. Defendants, and each of them, knew of their obligations under the Song-Beverly Act; however, despite Plaintiff's demand, Defendants and each of them, have intentionally failed and refused to make restitution or replacement pursuant to the Song-Beverly Act.

22.     As a result of the acts and/or omissions of the Defendants, and each of them, Plaintiff has sustained damage in the amount actually paid or payable under the Agreement, plus prejudgment interest thereon at the legal rate. Plaintiff will seek leave to amend this Complaint to set forth the exact amount thereof when that amount is ascertained.

23.     As a further result of the actions of Defendants, and each of them, Plaintiff has sustained incidental and consequential damages in an amount yet to be determined, plus interest thereon at the legal rate. Plaintiff will seek leave to amend this Complaint to set forth the exact amount of incidental damages when that amount is ascertained.

24.     As a further result of the actions of Defendants, and each of them, Plaintiff has sustained damages equal to the difference between the value of the Vehicle as accepted and the value the Vehicle would have had if it had been as warranted.

25.     As a direct result of the acts and/or omissions of Defendants, and each of them, and in pursuing Plaintiff's claim, it was necessary for Plaintiff to retain legal counsel. Pursuant to the Song-Beverly Act, Plaintiff, in addition to other remedies, is entitled to the recovery of attorneys' fees based upon actual time expended and reasonably incurred, in connection with the commencement and prosecution of this action.

///

///

///

///

///

///

///

**COMPLAINT FOR DAMAGES**

**SECOND CAUSE OF ACTION**

**Breach of Express Warranty under The Song-Beverly Act**

**Against all Defendants**

26.     Plaintiff realleges each and every paragraph (1-25) and incorporates them by this reference as though fully set forth herein.

27.     The Vehicle had defects, malfunctions, misadjustments, and/or nonconformities covered by the warranty that substantially impaired its value, use, or safety to Plaintiff.

28.     Plaintiff delivered the Vehicle to Defendants or their authorized repair facilities for repair.

29.     Defendants, and each of them, failed to service or repair the Vehicle to match the written warranty after a reasonable number of opportunities to do so.

30.     The acts and/or omissions of Defendants, and each of them, in failing to perform the proper repairs, part replacements, and/or adjustments, to conform the Vehicle to the applicable express warranties constitute a breach of the express warranties that Defendants provided to Plaintiff, thereby breaching Defendants' obligations under the Song-Beverly Act.

31.     Defendants, and each of them, failed to perform the necessary repairs and/or service in good and workmanlike manner. The actions taken by Defendants, and each of them, were insufficient to make the Vehicle conform to the express warranties and/or proper operational characteristics of like vehicles, all in violation of Defendants' obligations under the Song-Beverly Act.

32.     Plaintiff hereby gives written notice and makes demand upon Defendants for replacement or restitution, pursuant to the Song-Beverly Act.  Defendants and each of them, knowing their obligations under the Song-Beverly Act, and despite Plaintiff's demand, failed and refused to make restitution or replacement according to the mandates of the Song-Beverly Act.  The failure of Defendants, and each of them, to refund the price paid and payable or to replace the Vehicle was intentional and justifies an award of a Civil Penalty in an amount not to exceed two times Plaintiff's actual damages.

33.     As a result of the acts and/or omissions of Defendants, and each of them, and pursuant to the provisions of the Song-Beverly Act, Plaintiff is entitled to replacement of the Vehicle or

**COMPLAINT FOR DAMAGES**

1 | restitution of the amount actually paid or payable under the Agreement, at Plaintiff's election, plus
2 | prejudgment interest thereon at the legal rate. Plaintiff will seek leave to amend this Complaint to set
3 | forth the exact amount of restitution and interest, upon election, when that amount has been
4 | ascertained.

5 |      34.    Additionally, as a result of the acts and/or omissions of Defendants, and each of them,
6 | and pursuant to the Song-Beverly Act, Plaintiff has sustained and is entitled to consequential and
7 | incidental damages in amounts yet to be determined, plus interest thereon at the legal rate. Plaintiff
8 | will seek leave to amend this Complaint to set forth the exact amount of consequential and/or
9 | incidental damages, when those amounts have been ascertained.

10 |      35.    As a direct result of the acts and/or omissions of Defendants, and each of them, and in
11 | pursuing Plaintiff's claim, it was necessary for Plaintiff to retain legal counsel. Pursuant to the Song-
12 | Beverly Act, Plaintiff, in addition to other remedies, is entitled to the recovery of attorneys' fees
13 | based upon actual time expended and reasonably incurred, in connection with the commencement
14 | and prosecution of this action.

15 | ///
16 | ///
17 | ///
18 | ///
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

**COMPLAINT FOR DAMAGES**

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against all Defendants, and each of them, as follows:

A.  For replacement or restitution, at Plaintiff's election, according to proof;

B.  For incidental damages, according to proof;

C.  For consequential damages, according to proof;

D.  For a civil penalty as provided in The Song-Beverly Act, in an amount not to exceed two times the amount of Plaintiff's actual damages;

E.  For actual attorneys' fees, reasonably incurred;

F.  For costs of suit and expenses, according to proof;

G.  For the difference between the value of the Vehicle as accepted and the value the Vehicle would have had if it had been as warranted;

H.  For remedies provided in Chapters 6 and 7 of Division 2 of the Commercial Code;

I.  For pre-judgment interest at the legal rate;

J.  Such other relief the Court deems appropriate.

Date:   May 17, 2023

THE BARRY LAW FIRM

By: _____
DAVID N. BARRY, ESQ.
Attorney for Plaintiff,
BRANDON LANE

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO**

Brandon Lane

CASE NO.: CIV SB 2314308

vs.

**CERTIFICATE OF ASSIGNMENT**

FCA US, LLC

---

A civil action or proceeding presented for filing must be accompanied by this Certificate. If the ground is the residence of a party, name and residence shall be stated.

---

The undersigned declares that the above-entitled matter is filed for proceedings in the
San Bernardino _____ District of the Superior Court under Rule 404 of this court for the
checked reason:

☑ General          ☐ Collection

| | **Nature of Action** | **Ground** |
|---|---|---|
| ☐ | 1. Adoption | Petitioner resides within the district |
| ☐ | 2. Conservator | Petitioner or conservatee resides within the district. |
| ☑ | 3. Contract | Performance in the district is expressly provided for. |
| ☐ | 4. Equity | The cause of action arose within the district. |
| ☐ | 5. Eminent Domain | The property is located within the district. |
| ☐ | 6. Family Law | Plaintiff, defendant, petitioner or respondent resides within the district. |
| ☐ | 7. Guardianship | Petitioner or ward resides within the district or has property within the district. |
| ☐ | 8. Harassment | Plaintiff, defendant, petitioner or respondent resides within the district. |
| ☐ | 9. Mandate | The defendant functions wholly within the district. |
| ☐ | 10. Name Change | The petitioner resides within the district. |
| ☐ | 11. Personal Injury | The injury occurred within the district. |
| ☐ | 12. Personal Property | The property is located within the district. |
| ☐ | 13. Probate | Decedent resided or resides within the district or had property within the district. |
| ☐ | 14. Prohibition | The defendant functions wholly within the district. |
| ☐ | 15. Review | The defendant functions wholly within the district. |
| ☐ | 16. Title to Real Property | The property is located within the district. |
| ☐ | 17. Transferred Action | The lower court is located within the district. |
| ☐ | 18. Unlawful Detainer | The property is located within the district. |
| ☐ | 19. Domestic Violence | The petitioner, defendant, plaintiff or respondent resides within the district. |
| ☐ | 20. Other _____ | _____ |
| ☐ | 21. THIS FILING WOULD | NORMALLY FALL WITHIN JURISDICTION OF SUPERIOR COURT |

The address of the accident, performance, party, detention, place of business, or other factor which qualifies this case for filing in the above-designed district is:

| Redlands Auto Plaza | 500 W. Redlands Blvd. |
|---|---|
| NAME – INDICATE TITLE OR OTHER QUALIFYING FACTOR | ADDRESS |
| Redlands | CA | 92373 |
| CITY | STATE | ZIP CODE |

I declare, under penalty of perjury, that the foregoing is true and correct and that this declaration was executed on April 17, 2023 _____ at Los Angeles _____, California

_____
Signature of Attorney/Party

**CERTIFICATE OF ASSIGNMENT**



**SUPERIOR COURT OF CALIFORNIA,**
**COUNTY OF SAN BERNARDINO**
San Bernardino District
247 West 3rd St
San Bernardino CA  92415
www.sb-court.org
909-708-8678

| LANE -v - FCA US LLC et al | |
|---|---|
| **NOTICE OF TRIAL SETTING CONFERENCE and NOTICE OF CASE ASSIGNMENT** | Case Number<br>CIVSB2314388 |

THE BARRY LAW FIRM
11845 W OLYMPIC BLVD
SUITE 1270
LOS ANGELES CA  90064

This case has been assigned to:  David E Driscoll in Department S22 - SBJC for all purposes.

Notice is hereby given that the above-entitled case has been set for Trial Setting Conference on:

Hearing Date:  12/29/2023  at 8:30 AM in Department S22 - SBJC

Date: 6/29/2023                                    By: _____
                                                          Alyssa Leber, Deputy Clerk

--------------------------------------------------------------------------------

CERTIFICATE OF SERVICE

I am a Deputy Clerk of the Superior Court for the County of San Bernardino at the above-listed address.  I am not a party to this action and on the date and place shown below, I served a copy of the above-listed notice by:
☒   Enclosed in a sealed envelope mailed to the interested party addressed above for collection and mailing this date, following standard Court practices.
☐   Enclosed in a sealed envelope, first class postage prepaid in the U.S. mail at the location shown above, mailed to the interested party and addressed as shown above or as shown on the attached listing.
☐   A copy of this notice was given to the filing party at the counter.
☐   A copy of this notice was placed in the bin located at this office and identified as the location for the above law firm's collection of file-stamped documents.
Date of Mailing:  6/29/2023

I declare under penalty of perjury that the forgoing is true and correct.  Executed on 6/29/2023 at San Bernardino, CA.

By: _____
       Alyssa Leber, Deputy Clerk

| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|
| TELEPHONE NO.:<br>E-MAIL ADDRESS:<br>ATTORNEY FOR (Name):<br>FAX NO. (Optional): | TRIAL SETTING CONFERENCE DATE: _____<br>UNLIMITED CASE: _____<br>LIMITED CASE: _____ | |

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

| INITIAL TRIAL SETTING CONFERENCE STATEMENT | CASE NUMBER: |
|---|---|

**INSTRUCTIONS:** All applicable boxes must be checked, and the specified information must be provided. **This document must be filed and served at least 15 days prior to the trial setting conference date.**

1. **Party or parties** (answer one):
   a. ☐ This statement is submitted by party (*name*):
   b. ☐ This statement is submitted jointly by parties (*names*):

2. **Service of Complaint** on all parties has ☐ has not ☐ been completed.

3. **Service of Cross-Complaint** on all parties has ☐ has not ☐ been completed.

4. **Description of case** in Complaint:

5. **Description of case** in Cross-Complaint:

6. Has all discovery been completed: Yes ☐    No ☐    Date discovery anticipated to be completed: _____

7. Do you agree to mediation? Yes ☐    No ☐    Please check type agreed to:  Private: _____    Court-sponsored: _____

8. **Related cases, consolidation, and coordination**:  Please attach a Notice of Related Case.

   ☐ A motion to ☐ consolidate ☐ **Trial dates requested: Yes** ☐ No ☐   Available dates: _____
   Time estimate: _____

9. **Other issues:**
   ☐ The following additional matters are requested to be considered by the Court:

10. **Meet and Confer:**
    ☐ The parties represent that they have met and conferred on all subjects required by California Rules of Court, Rule 3.724.

    ☐ The parties have entered into the following stipulation(s):

11. Total number of pages attached (*if any*): _____

    I am completely familiar with this case and will be fully prepared to discuss the status of discovery and alternative dispute resolution, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the Initial Trial Setting Conference, including the written authority of the party where required.
    Date: _____

_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF PARTY OR ATTORNEY

_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF PARTY OR ATTORNEY

| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|
| TELEPHONE NO.:<br>E-MAIL ADDRESS:<br>ATTORNEY FOR (Name):<br>FAX NO. (Optional): | TRIAL SETTING CONFERENCE DATE: _____<br>UNLIMITED CASE: _____<br>LIMITED CASE: _____ | |

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

| INITIAL TRIAL SETTING CONFERENCE STATEMENT | CASE NUMBER: |
|---|---|

**INSTRUCTIONS:  All applicable boxes must be checked, and the specified information must be provided.  This document must be filed and served at least 15 days prior to the trial setting conference date.**

1. **Party or parties** (answer one):
   a. ☐ This statement is submitted by party (*name*):
   b. ☐ This statement is submitted jointly by parties (*names*):

2. **Service of Complaint** on all parties has ☐ has not ☐ been completed.

3. **Service of Cross-Complaint** on all parties has ☐ has not ☐ been completed.

4. **Description of case** in Complaint:

5. **Description of case** in Cross-Complaint:

6. Has all discovery been completed: Yes ☐ No ☐ Date discovery anticipated to be completed: _____

7. Do you agree to mediation? Yes ☐ No ☐ Please check type agreed to: Private: _____ Court-sponsored: _____

8. **Related cases, consolidation, and coordination**: Please attach a Notice of Related Case.

   ☐ A motion to ☐ consolidate ☐ **Trial dates requested: Yes** ☐ No ☐ Available dates: _____
   Time estimate: _____

9. **Other issues**:
   ☐ The following additional matters are requested to be considered by the Court:

10. **Meet and Confer**:
    ☐ The parties represent that they have met and conferred on all subjects required by California Rules of Court, Rule 3.724.

    ☐ The parties have entered into the following stipulation(s):

11. Total number of pages attached (*if any*): _____

    I am completely familiar with this case and will be fully prepared to discuss the status of discovery and alternative dispute resolution, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the Initial Trial Setting Conference, including the written authority of the party where required.
    Date: _____

_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF PARTY OR ATTORNEY)

_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF PARTY OR ATTORNEY)

THE
BARRY
LAW
FIRM

Main Office

11845 W. Olympic Boulevard
Suite 1270
Los Angeles, California 90064

Telephone (310) 684-5859 ◆ Facsimile (310) 862-4539
dbarry@mylemonrights.com

July 6, 2023

**VIA PERSONAL DELIVERY**

Agent for Service of Process for FCA US, LLC
CT Corporation
330 N Brand Blvd, Suite 700
Glendale, CA 91203

   Re: ***Lane, Brandon v. FCA US, LLC***
      ***Case No.: CIVSB2314388***

Dear Agent for Process of Service for FCA US, LLC:

   Enclosed with this correspondence you will find a copy of the operative Summons and Complaint directed against your client. In addition to service of this lawsuit, please allow this letter to serve as formal notice of your obligations to maintain critical and crucial evidence. Accordingly, demand is made that evidence be preserved in this matter including but not limited to, documents, email correspondence, voice recordings, conversations involving Plaintiff, or conversations with the Plaintiff.

   Spoilation of evidence means the destruction or significant alteration of evidence, or the failure to preserve evidence for another's use in pending or future litigation. See *Williams v. Russ* (2008) 167 Cal. App. 4th 1215; *Willard v. Caterpillar, Inc.* (1995) 40 Cal. App. 4th 892, 907; *Kearney v. Foley & Lardner, LLP* (9th Cir. 2009) 590 F. 3d 638 (applying California law). Spoilation undermines the search for truth and fairness by creating a false picture of the evidence before the trier of fact by destroying authentic evidence. *See Cedars-Sinai Medical Center v. Superior Court* (1998) 18 Cal. 4th 1.

   While the California Civil Discovery Act does not specifically prohibit spoilation of evidence before a lawsuit has been filed, or before a discovery request [emphasis added] (See *Dodge, Warren & Peters, Inc. v. Reilly* (2003) 105 Cal. App. 4th 1414, 1419, a party cannot destroy evidence in response to a discovery request after litigation has commenced, or in anticipation of a discovery request. [emphasis added] See *Cedar-Sinai, supra.* Furthermore, California courts may issue an injunction in aid of discovery, requiring a party to preserve relevant evidence in its possession for discovery purposes. See *Dodge* at 1419. Disobedience of such a court order constitutes an abuse of discovery for which the court may impose sanctions

under *Code of Civil Procedure* § 2023.030. *CCP* § 2023.030 provides for the imposition of monetary sanctions, issue sanctions, evidentiary sanctions, terminating sanctions, and consent sanctions. See *CCP* § 2023.030(a) – (e).

"…[S]uch intentional destruction of evidence is a misuse of the discovery process that is subject to a broad range of sanctions under *CCP* § 2023.030 as described above. See *Williams, supra.* The trial court has broad discretion in selecting discovery sanctions subject to reversal only for abuse. See *Doppes v. Bentley Motors, Inc.* (2009) 174 Cal. App. 4th 967, 992. Moreover, discovery sanctions under California law are intended to remedy discovery abuse not to punish the offending party. See *Williams* at 1223. The trial court is to consider both the conduct being sanctioned and its effect on the party seeking discovery and, in choosing a sanction, should attempt to tailor the sanction to the harm caused by the withheld discovery. See *Doppes* at 992.

It is our understanding that your client routinely deletes voice recordings and/or conversations regarding a particular customer or their vehicle within a given amount of time. Demand is made that these recordings and conversations be preserved and not deleted. Furthermore, demand is also made that all components removed from the subject vehicle at issue in this lawsuit be preserved for later inspection and/or diagnosis.

Thank you for your courtesy and cooperation. Please be further advised that nothing in this letter shall be construed as a waiver of any of Plaintiff's rights in this matter.

Very Truly Yours,

THE BARRY LAW FIRM

David N. Barry, Esq.

DNB/km
Enclosures